IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

     Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

     Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 2 2007

GREGO... ... ...NGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

Dockets.Justia.com

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.


Dated: January 19, 2007

BY THE COURT:


s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00040-EWN-BNB

Mark Duhall
P.O. Box 60597
Colorado Springs, CO 80960

US Marshal Service
Service Clerk
Service forms for: Lennar Family of Builders


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Lennar Family of Builders: COMPLAINT filed on 01/08/07, SUMMONS, NOTICE OF WAIVER, AND CONSENT FORM on 1-22-07

GREGORY C. LANGHAM, CLERK


By: _____
Deputy Clerk

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF Mark Duhall | COURT CASE NUMBER 07-cv-00040-EWN-BNB |
|---|---|
| DEFENDANT Lennar Family of Builders | TYPE OF PROCESS s.c |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN Lennar Family of Builders, Office of Customer Care |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City State and Zip Code) 10707 Clay Road, Houston, TX 77041 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Mark Duhall P.O. Box 60597 Colorado Springs, CO 80960 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Personal Service

| Signature of Attorney or other Originator requesting service on behalf of: Deputy Clerk | ___ PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 01/22/07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ___ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (*if not shown above*) | ___ A person of suitable age and discretion then residing in the defendant's usual place of adobe. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service / Time / am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: