IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following (the "Papers"):

(**1**)  **Plaintiff's Request for Help** [Doc. #8, filed 2/6/07], and

(2)  **Re: Plaintiff's Amanded** [sic] **Complaint** [Doc. #9, filed 2/6/07].

The Papers seek relief on behalf of the plaintiff. Neither of the Papers is signed by the plaintiff. Rule 11, Fed. R. Civ. P., provides that "[e]very pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party." Accordingly,

IT IS ORDERED that the Papers are STRICKEN.

Dated February 16, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge