IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR COLORADO, LLC,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion re: Waiver of Service and Request for Clarification of Deadline for Filing Responsive Pleading** [docket no. 19, filed March 12, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant shall answer or respond to the plaintiff's Complaint on or before **March 26, 2007**.

IT IS FURTHER ORDERED that the defendant's Waiver of Service of Summons is considered properly and timely filed.

DATED:  March 13, 2007