IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.

_____

**ORDER**
_____

This matter is before me on the defendant's **Motion to Strike** [etc.] [Doc. #26, filed 3/28/07].  The Motion to Strike is GRANTED.

On March 8, 2007, the plaintiff filed a paper entitled "Re Plaintiff's Response to the Defendant's Correspondence" [Doc. #16] (the "Paper").  An identical Paper, signed by Mr. Duhall, was filed on March 9, 2007 [Doc. #18].  The Papers do not seek any specific relief from the court, nor do they appear to be related to any pending matter before the court.  Accordingly,

IT IS ORDERED that the Motion to Strike is GRANTED.

IT IS FURTHER ORDERED that Docket Entries No. 16 and 18 are STRICKEN.

Dated April 2, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge