IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00040–EWN–BNB

MARK DUHALL,

    Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

    Defendant.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed February 22, 2008. No party has objected to the recommendation, and the time for such objections has passed. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The motion to dismiss (#24) is GRANTED IN PART and DENIED IN PART as follows:

    a.    It is DENIED insofar as it seeks dismissal of the Complaint for failure to comply with Rule 8;

b. It is GRANTED to the extent it seeks dismissal of any claims brought pursuant to 42 U.S.C. § 1981a;

c. It is GRANTED to the extent it seeks dismissal of any claims brought pursuant to 29 U.S.C. § 216(b).

DATED this 20th day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge