IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. They submitted competing scheduling orders in anticipation of the conference. Both proposed orders were refused for the reasons stated on the record. The parties are directed to confer and to cooperate in the preparation of a revised proposed scheduling order, modified as discussed at the conference today.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order consistent with Appendix F, D.C.COLO.LCivR, on or before **April 11, 2008**.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **April 17, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated March 24, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge