IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

| | |
|---|---|
| Civil Action No. 07-cv-00040-EWN-BNB | Date: April 17, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

---

MARK DuHALL,  Pro Se

    Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,  Eric Jaworski

    Defendant.

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

Court in Session:   9:04 a.m.

Appearances of counsel.

Court's opening remarks.

The proposed supplemental scheduling order is refused.

**ORDERED:** Plaintiff's motion of concern about Judge Boland's presiding of his case with Lennar, Defendant filed April 15, 2008; Doc. 61 is denied as stated on the record.

**ORDERED:** A revised modified proposed scheduling order is due on or before April 24, 2008.

Court in Recess:   9:30 a.m.   Hearing concluded.

Total time in Court:   00:26

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.