IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.

## ORDER

This matter is before me on **Plaintiff's Continuous Request for Class Action to be Granted** [Doc. # 8, filed 7/3/08] (the "Motion"). The Motion is frivolous and is DENIED.

The plaintiff states that "for more than a year" he has "on numerous occasions" requested to proceed as a class action, but his numerous requests have "fallen on deaf ears." The plaintiff "is therefore asking the Court to grant him the requested Class Action."

The Motion is frivolous. My detailed review of the record demonstrates that the plaintiff has never sought class certification in this case.

In addition, the plaintiff does not certify that copies of the Motion were served on the other parties or their attorneys. The local rules of this Court prohibit ex parte communication with judicial officers:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.

D.C.COLO.LCivR 77.2.

Copies of papers filed in this Court are to be served upon counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed.R.Civ.P. 5. Rule 5 provides:

> Every order required by its terms to be served, every pleading subsequent to the original complaint unless the court otherwise orders because of numerous defendants, every paper relating to discovery required to be served upon a party unless the court otherwise orders, every written motion other than one which may be heard ex parte, and every written notice, appearance, demand, offer of judgment, designation of record on appeal, and similar paper shall be served upon each of the parties.
> \* \* \*
> All papers after the complaint required to be served upon a party, together with a certificate of service, shall be filed with the court within a reasonable time after service.

Fed.R.Civ.P. 5(a) and (d).

Service upon other parties may be by mail. Proof that service has been made is provided by a certificate of service. This certificate should be filed along with the original papers and should show the day and manner of service.

Finally, "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought. . . . The rules applicable to captions and other matters of form of pleadings apply to all motions and other papers provided for by these rules." Fed.R.Civ.P. 7(b). The plaintiff's application to the Court is not in the form of a motion. Accordingly,

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the plaintiff shall cease filing frivolous motions.

IT IS FURTHER ORDERED that all future applications to the Court shall be submitted in motion form and shall contain a certificate of service in accordance with the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that failure to comply with this Order may result in the imposition of sanctions, including potentially the dismissal of this case with prejudice.

Dated July 7, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge