IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00040-EWN-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.

---

## ORDER

---

This matter is before me on the defendant's **Motion for Clarification of Parties Defendant** [Doc. # 67, filed 6/10/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that all materials filed to date by the defendant are deemed to have been filed on behalf of "Lennar Family of Builders."

IT IS FURTHER ORDERED that the caption on all future filings shall be in the form of the caption of this order.

Dated July 15, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge