IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00040-REB-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion to the Court About
Defendant's Failure to Mail a Copy of Defendant's Notice of Appearance to Plaintiff**
[docket no. 125, filed January 5,2009] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT.  Defendant corrected the
problem immediately as shown in docket entries 126 and 127.


DATED:  January 26, 2009