IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00040-REB-BNB

MARK DUHALL,

Plaintiff,

v.

LENNAR FAMILY OF BUILDERS,

Defendant.

_____

# ORDER
_____

This matter is before me on the following motions filed by the parties (the "Motions"):

1. **Motion for Sanctions Against Plaintiff** [Doc. # 110, filed 11/06/2008];

2. **Supplemental Motion for Sanctions Against Plaintiff** [Doc. #129, filed 01/08/2009];

3. **Plaintiff's Motion for Sanction** [sic] **Against Defendant** [Doc. #120, filed 12/03/2008];

4. **Plaintiff's Motion to the Chief Judge About Defendant's Second Failure to Notify Plaintiff of Defendant's Motion and the Call for Sanctions Against Defendant** [Doc. #132, filed 01/16/2009];

5. **Plaintiff's Motion to the Court-Chief Judge in Regards to Delay on Summary Judgement** [Doc. #144, filed 03/03/2009];

6. **Plaintiff's Second Motion to the Court in Redargs to Delay on Summary Gudgement on his Case and a Call for the Chief Judge <u>to Make a Decision</u>** [Doc. #146, filed 04/06/2009]; and

7. **Plaintiff's Motion to the Chief Judge About Going Beyond the Four Corners of the Court House to the Four Corners of the Earth for Justice to Prevail** [Doc. #147, filed 05/07/2009].

Separately, I have recommended that the defendant's Motion for Summary Judgment [Doc. #100] be granted and that summary judgment enter in favor of the defendant on the plaintiff's remaining claim against it.  In view of that recommendation,

IT IS ORDERED that the Motions are DENIED AS MOOT.

Dated July 7, 2009.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge